IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00353-WYD-MJW

JING HE (A# 076-794-762),

    Plaintiff,

v.

EMILIO T. GONZALES, as Director of the United States Citizenship
and Immigration Services,

    Defendant.

---

## ORDER RE: STIPULATED MOTION TO VACATE SCHEDULING CONFERENCE AND SET BRIEFING SCHEDULE
( Docket no. 11 )

---

THE COURT, having considered the Stipulated Motion to Vacate Scheduling Conference and Set Briefing Schedule filed by the parties, and being fully advised in the matter, finds that good cause exists for granting the motion. Accordingly, the motion is hereby GRANTED. The scheduling conference set for May 11, 2007, is hereby vacated and a briefing schedule will be issued by the Court when the responsive pleading is received on May 15, 2007.

    DATED this 25Th day of April, 2007.

BY THE COURT:

_[signature]_

~~United States~~ District Court

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO