IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00353-WYD-MJW

JING HE, individually,

    Plaintiff,

v.

EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on a review of the file, including Plaintiff's Notice of Voluntary Dismissal without Prejudice filed April 29, 2008. I will not dismiss the case under FED. R. CIV. P. 41(a)(1) but will dismiss the case under Rule 41(a)(2). In doing so, however, I feel that some discussion of this case is warranted.

By Order of April 22, 2008, Defendant was ordered to show cause why he failed to comply with the Court's Order of February 14, 2008, which directed Defendant to file a status report every thirty days. Defendant responded to the Order to Show Cause on April 22, 2008. Having reviewed the response, I am satisfied that any failure to follow the Order was inadvertent. Accordingly, the Order to Show Cause is discharged.

More troubling to the Court is the fact that Defendant's response indicates that Plaintiff was naturalized on September 7, 2008, months before I issued a detailed ruling on Defendant's motion to dismiss, and neither party deemed it necessary to notify the Court of same. Plaintiff's counsel should have immediately notified the Court of the

naturalization and sought dismissal of the case. Counsel for Plaintiff did not alert the Court to the naturalization even after having received the Order of February 14, 2008, which imposed affirmative obligations on Defendant related to ensuring Plaintiff's naturalization proceeding was held promptly. Defense counsel also had a duty to keep apprised of Plaintiff's naturalization status, and should have ascertained that the naturalization application occurred. Counsel for both parties are admonished and advised not to repeat these types of omissions in this or other cases filed before me.

Finally, my Order of February 14, 2008, remanded the case to the United States Citizenship and Immigration Service but kept the case open in this Court so that I could monitor the status of Plaintiff's naturalization application. Since the Complaint sought a hearing on Plaintiff's naturalization application and Plaintiff has now been naturalized, I find that dismissal of this case is appropriate. Accordingly, the case is dismissed pursuant to FED. R. CIV. P. 41(a)(2).

Based on the foregoing, it is

ORDERED that the Order to Show Cause filed April 22, 2008, is **DISCHARGED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(2).

Dated: May 2, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge